IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.**   18-cr-00359-REB

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**LAWRENCE MARTIN BIRK,**

    **Defendant.**

---

**INDICTMENT**
**26 U.S.C. § 7201**

---

The Grand Jury charges:

<u>INTRODUCTORY ALLEGATIONS</u>

At all times relevant to this Indictment:

1. Defendant Lawrence Martin Birk (defendant) lived in the District of Colorado, where he owned and operated, as a sole proprietorship, Tarryall River Log Homes, LLC ("Tarryall"), a company that builds and sells log homes.

2. Defendant opened a personal bank account at Park State Bank and Trust ("PSBT") on or about February 28, 2000.  Defendant opened a business bank account for Tarryall at PSBT on or about April 6, 2000.

3. An "official check" – which is also known as a "cashier's check," "bank check," or "certified check" – is issued by a bank and directly draws on the bank's funds.

4. The Internal Revenue Service ("IRS") was an agency within the United States Department of the Treasury and was responsible for enforcing and administering federal tax laws.

5. Defendant failed to timely file U.S. Individual Income Tax Returns, Forms 1040, for 1998 through 2005.

6. In or around January 2004, the IRS assessed defendant taxes for 1998 and 1999.  In or around April 2006, the IRS assessed defendant taxes for 2000 through 2003.  The IRS notified defendant about these assessments in numerous ways, including a visit to his home in July 2006.

7. Between approximately November 2006 and January 2007, defendant submitted individual income tax returns for 1998 through 2005 to the IRS.  The returns were submitted on or about the dates listed below, reporting the following amounts of taxes due, none of which was voluntarily paid at the time of filing:

| Form | Date Submitted to IRS | Tax Due (Listed on Return) |
|---|---|---|
| 1998 Form 1040X (amended return) | January 3, 2007 | $ 1,177 |
| 1999 Form 1040 | November 22, 2006 | $ 10,607 |
| 2000 Form 1040 | January 3, 2007 | $ (1,090) |
| 2001 Form 1040 | January 3, 2007 | $ 40,497 |
| 2002 Form 1040 | January 3, 2007 | $ 18,622 |
| 2003 Form 1040 | January 3, 2007 | $ 16,030 |
| 2004 Form 1040 | January 3, 2007 | $ 6,195 |
| 2005 Form 1040 | January 3, 2007 | $ 993 |
| **Total according to returns submitted by defendant** | | **$ 93,031** |

8. Defendant did not make any voluntary income tax payments to the IRS from at least January 2001 through June 2018.

## COUNT 1

(26 U.S.C. § 7201 – Tax Evasion)

9. Paragraphs 1 through 8 are incorporated here.

10. From at least in or about December 2010 through in or about September 2013, in the District of Colorado and elsewhere, defendant Lawrence Martin Birk willfully attempted to evade and defeat the payment of at least $93,031 of income tax due and owing by him to the United States of America for the years 1998 through 2005 by committing the following affirmative acts of evasion, among others:

    a. Defendant used the Tarryall business bank account – PSBT account number ending in 694 – to conduct personal financial affairs.

    b. Defendant maintained a low balance in the Tarryall business bank account by purchasing official checks, often immediately after depositing funds, to either:

        i. Pay for business expenses, or

        ii. Keep for himself.

In violation of Title 26, United States Code, Section 7201.

        TRUE BILL:

        <u>Ink signature on file in Clerk's Office</u>
        FOREPERSON

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

s/ Christopher Magnani

CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
601 D Street NW, Seventh Floor
Washington, DC 20530
Tel: (202) 307-6408
Fax: (202) 514-9623
Christopher.Magnani@usdoj.gov

s/ Lori A. Hendrickson

LORI A. HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division
601 D Street NW, Seventh Floor
Washington, DC 20530
Tel: (202) 514-2174
Fax: (202) 514-9623
Lori.A.Hendrickson@usdoj.gov