**MARY C. TRABOLD**
**1999 Broadway**
**Denver, CO 80202**

**Employment:**

Internal Revenue Agent, Internal Revenue Service
Denver, CO                                                              1/2008 – Present
    (Special Enforcement Program from 3/2008 to Present)
Baltimore, MD                                                        9/2002 – 7/2005

Special Agent, Criminal Investigation Division, IRS
Denver, CO                                                              7/2005 – 1/2008

**Experience:**

Reviewed and examined numerous income tax returns of individuals, corporations, and partnerships

Assisted Criminal Investigation Division of the Internal Revenue Service in the development of criminal tax cases

Assisted Area Counsel in the preparation of cases for Tax Court

Testified as a fact witness in U.S. District Court for the Districts of Colorado and the District of Columbia

**Education:**

Master of Science (Accounting) & Master of                 2001
    Business Administration,
Northeastern University, Boston, MA

Bachelor of Science, Industrial & Labor Relations         1991
Cornell University, Ithaca, NY

**IRS Training & Education:**

| | |
|---|---|
| Expert Witness, Oakland, CA | 8/2010 |
| QuickBooks Training for Revenue Agents, Denver, CO | 7/2010 |
| Special Enforcement Program Training, Oakland, CA | 9/2009 |
| Special Agent Basic Training, Federal Law Enforcement Training Center | 7/2005 to 1/13/2006 |
| Basic Revenue Agent Training, New Carrollton, MD & Atlanta, GA | 9/2002 – 4/2005 |
| Basic Employment Taxes, Buffalo, NY | 6/2004 |