IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.
_____

**STIPULATED JURY INSTRUCTION**
_____

       Defendant, Lawrence Martin Birk, by and through undersigned counsel, hereby submits the following stipulated jury instruction.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing

**STIPULATED JURY INSTRUCTION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Elizabeth Caryl Hadden, Assistant United States Attorney
    Email:  elizabeth.c.hadden@usdoj.gov

    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant