IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No.  18-cr-00359-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LAWRENCE MARTIN BIRK,

 Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

Blackburn, J.

 The attached **Juror Questionnaire** is approved for use in the trial of this case.

 **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

 Dated July 16, 2019, at Denver, Colorado.

            BY THE COURT:

            *Bob Blackburn*
            Robert E. Blackburn
            United States District Judge