The Hon. Robert E. Blackburn


United States District Judge
District of Colorado

Re:  Lawrence Martin Birk

Dear Judge Blackburn:

Our names are Howard and Barb Stone. We live in the Florissant, CO area and have known Marty for about 11 years. He and his wife Jean and Howard and I have attended the same church for all these years.

Marty was an elder and served on the praise worship team and gave the church announcements every Sunday faithfully. He also served in the pulpit on occasion when our pastor was absent. His knowledge of God's word and his sincerity in sharing his faith was so admirable to us.

Marty's devotion to his wife, Jean, particularly in these last several years has been attentive and unceasing. Jean was diagnosed with Alzheimer's a few years ago. She needs constant supervision and Marty has let go of most of his work to take care of her. He and Jean still come to church and he continues to serve in the church.

We look up to Marty for his example of what it means to serve God and be a loving, devoted husband.

Respectfully,

Howard and Barb Stone

██████████ CO 80816
██████████████



DEFENDANT'S
EXHIBIT

D

US v. Birk

18-cr-00359-REB

tabbies