The Hon. Robert E. Blackburn

United States District Judge
District of Colorado

Re:  Lawrence Martin Birk

Dear Judge Blackburn:

I have known Mr. Marty Birk for more than 8 years. We became acquainted while serving in our church, and later contracting with him to do work on our house. We currently attend the same church, where I serve as Pastor. I have found him to be dependable, honest, and hard working. He has shown himself to be honest, charactered, and trustworthy in all endeavors with which I am personally aware. He is a devoted husband to his wife who has serious heath issues and desperately needs his help, love, and support. His ministries in the church are invaluable, and he is always there to lend a helping hand to anyone in need.

Marty is a principled man of his word, and a valued friends and hello servant.

Dr. Lynnwood M. Baade, Pastor, The Home Church of the Rockies



DEFENDANT'S EXHIBIT F
US v. Birk
18-cr-00359-REB