The Hon. Robert E. Blackburn

United States District Judge
District of Colorado

Re:  Lawrence Martin Birk

Dear Judge Blackburn:

The purpose of this letter is to present you with my knowledge of Lawrence Martin (Marty) Birk and his character.

I have known Marty for approximately twenty years and consider him a good friend. I bought a Ranch in the Tarryall Valley in 1998 not too far from Marty's home in the same valley. We probably first met in a local Church then known as "Mountain Community Church" and we were active members.

I had many opportunities to enjoy Marty's talents as musician (guitar), singer and speaker through his active Church participation. We became Deacons and later, Elders.

Through the Church connection I learned Marty was the local representative for a Log Cabin company and quite knowledgeable in construction etc. When something went wrong at the Church, Marty could step in and fix it, or, arrange for whatever was necessary to correct the problem.

It was through the Church that I had many opportunities to observe Marty's sincere compassion for helping others by counseling and guiding as situations arose.

It was very hard to see Marty's lovely wife stricken with Alzheimer's Disease in these past years. Regardless, Marty met that task with remarkable compassion and still remains able to continue as a productive member of our local community.

I see Marty as a productive member of our local community. I am a retired Chief Operating Officer of an International Conglomerate headquartered in Chicago, IL. I have worked with many varied individuals, organizations and governments throughout my career. I constantly searched for individuals like Marty to build a successful enterprise.

Very truly yours,


Robert J. Robinson



DEFENDANT'S EXHIBIT G
US v. Birk
18-cr-00359-REB