# Caring for the Caregiver



If you are caring for your spouse, an aging parent,
a friend, or a loved one,
*then you are a caregiver.*

**As a caregiver, you are not alone.**
Help is available from the
**Family Caregiver Support Center,**

a program of the Pikes Peak Area Council of Governments Area Agency on Aging.

Call us today for free information about services and programs for caregivers and their loved ones:

 **719-471-2096**

*or visit www.ppacg.org and click on "Aging."*



## Assisted Living Residences

Assisted living residences combine housing and general support services for residents that cannot live alone but do not require skilled nursing care. These facilities are licensed through the state health department; facilities that accept Medicaid are also licensed through a separate state agency. Any facility providing care to three or more unrelated individuals must be licensed. Assisted living residents require a referral and medication orders from a doctor.

Most ALRs provide housing, meals, snacks, laundry services, 24-hour staffing, activities, and certified medication administration. Optional services can include transportation, bathing, dressing, and special diets. Some facilities offer short-term "respite" care. Facility sizes can range from small private homes to multi-unit high-rise buildings. Rooms can be private or semi-private.

Many ALRs accept residents in the early stages of dementia or forgetfulness. Facilities identified as having a "secured dementia unit" have special requirements and provide a secured environment for residents that are at risk of wandering or may demonstrate challenging behaviors.

Assisted living residents vary in their conditions. Some have physical challenges such as balance, ambulation, hearing, or sight. Others may have mild cognitive challenges and need to be reminded about when to eat or take medications. They may require assistance with bathing, shopping, dressing, and daily activities.

Assisted living residences vary greatly, so take a complete tour and ask a lot of questions. Most importantly, READ EVERYTHING that you are asked to sign.

### QUESTIONS TO ASK:
- Are the rooms private or semi-private?
- What do the monthly fees include: laundry, transportation, activities?
- Do they accept Medicaid?
- Do they have a secured dementia area?
- Do they allow pets?
- Do they allow smoking?
- Can they accommodate special diets?
- What types of personal care are provided (bathing, dressing, hair care)?
- Is nursing care available through the facility or an outside agency?
- What are the costs?
- How do they handle medical emergencies?

Concerns about care in assisted living residences can be referred to the Long-Term Care Ombudsman at 719-471-2096.

| ASSISTED LIVING<br>Assisted living residences provide meals, housing and support services for individuals who do not need skilled nursing care. Services may include personal care, medication administration, activities, and 24-hour supervision. Assisted Living facilities are licensed by the State of Colorado and more information may be found at www.colorado.gov/cdphe under health care facilities. | SEE AD ON PAGE | NUMBER OF UNITS | MONTHLY PRICE RANGE | | MEDICAID CERTIFIED | RESPITE CARE AVAILABLE | SECURED DEMENTIA CARE PROGRAM | MULTI-LEVEL COMMUNITY | SEMI-PRIVATE ROOMS AVAILABLE | ACCEPTS PETS | NON-SMOKING CAMPUS | TRANSPORTATION AVAILABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A DOCTOR'S TOUCH**<br>1550 Hiawatha Drive 80915          (719) 638-8198 | | 8 | $2200-$4000 | | | ● | ● | | | ● | | ● |
| **A ROBIN'S NEST**<br>3182 E Oak Creek Dr 80906          (719) 226-2941 | | 6 | $3000-$6000 | | | | ● | | | ● | ● | ● |
| **ASPEN, THE**          (719) 440-1194<br>107 East Village Terrace, Woodland Park 80863 | | 24 | Opening in 2018 | | | | ● | | | | ● | ● |
| **ASSISTED LIVING AT SPRING**          (719) 434-7042<br>1605 Jet Wing Dr 80916 | | 29 | 2500+ | | | ● | ● | | ● | ● | | |
| **BETHESDA GARDENS MONUMENT**<br>55 Beacon Lite Rd, Monument 80132          (866) 958-8771 | | 60 | Call for rates | | | | ● | ● | ● | | ● | ● | ● |
| **BONAVENTURE OF COLORADO SPRINGS**<br>9112 Grand Cordera Pkwy 80924          (719) 434-5230 | | 69 | $2195+ | | | | | ● | ● | | | | ● |
| **BRIDGE, THE**<br>2494 International Cir 80910          (719) 630-3330 | 126 | 53 | $4000-$5325 | | | | ● | | ● | ● | ● | ● | ● |
| **BROADMOOR COURT**<br>2045 Roanoke St 80906          (719) 471-2285 | | 44 | $2545+ | | ● | ● | | | | ● | | ● |
| **BROOKDALE AT BEAR CREEK**<br>1685 S 21st St 80904          (719) 329-1774 | | 118 | $2500+ | | | ● | ● | ● | | ● | | ● |
| **BROOKDALE BRIARGATE**<br>7560 Lexington Dr 80920          (719) 598-4200 | | 37 | $3100-$4020 | | | ● | ● | | | ● | | ● |
| **BROOKDALE BROADMOOR**<br>615 Southpointe Ct 80906          (719) 579-5000 | | 77 | Call for rates | | | ● | ● | | | | | ● |
| **BROOKDALE MONUMENT VALLEY PARK**<br>10 W Monument St 80903          (719) 635-6300 | | 63 | $2585-$5170 | | | ● | ● | | ● | ● | | ● |
| **BROOKDALE SKYLINE**<br>2365 Patriot Hghts 80904          (719) 667-5360 | | 91 | $4080+ | | | ● | | ● | | ● | | ● |
| **BROOKDALE VISTA GRANDE**<br>2780 Vickers Dr 80918          (719) 598-0400 | | 67 | $2800-$4190 | | | ● | | | | ● | | ● |
| **BROOKSIDE ASSISTED LIVING**<br>225 W Brookside St 80905          (719) 632-6511 | | 62 | 2650+ | | ● | | | | | | | ● |










## ASSISTED LIVING

Assisted living residences provide meals, housing and support services for individuals who do not need skilled nursing care. Services may include personal care, medication administration, activities, and 24-hour supervision. Assisted Living facilities are licensed by the State of Colorado and more information may be found at www.colorado.gov/cdphe under health care facilities.

| Facility | SEE AD ON PAGE | NUMBER OF UNITS | MONTHLY PRICE RANGE | MEDICAID CERTIFIED | RESPITE CARE AVAILABLE | SECURED DEMENTIA CARE PROGRAM | MULTI-LEVEL COMMUNITY | SEMI-PRIVATE ROOMS AVAILABLE | ACCEPTS PETS | NON-SMOKING CAMPUS | TRANSPORTATION AVAILABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COLORADO CAREASSIST CASCADE HOME** 2509 N Cascade Ave 80907  (719) 428-3999 | | 8 | $4500-$5550 | | ● | | | ● | ● | | ● |
| **COLORADO SPRINGS SENIOR HOMES** 3102-3108 N Prospect St 80907  (719) 636-2731 | | 36 | $2200-$2600 | ● | | | | ● | | | |
| **CONSTANT CARE OF COLORADO SPRINGS I** 11 Westmark Ave 80906  (719) 660-6826 | | 8 | $2500-$5000 | | ● | | | ● | | | |
| **CONSTANT CARE OF COLORADO SPRINGS II** 8320 Sutterfield Dr 80920  (719) 660-6826 | | 8 | $3000-$5500 | ● | | | | ● | | | |
| **COUNTRY CLUB ASSISTED LIVING** 3205 Leslie Drive 80909  (719) 329-1200 | | 8 | $3000+ | | ● | | | | ● | ● | ● |
| **FREEDOM HOME ASSISTED LIVING** 10080 Lexington Dr 80920  (720) 436-3995 | | 8 | $4500-$5500 | | ● | | | ● | | ● | |
| **GARDEN RANCH SENIOR CARE** 5075 Saddle Dr 80918  (719) 260-9121 | | 7 | $3000+ | | ● | | | ● | | | |
| **GENTLE CARE HOUSE** 1335 Darby St 80907  (719) 466-9863 | | 8 | $2300-$3700 | ● | ● | | | | | | |
| **HEALTHCARE RESORT OF COLORADO SPRINGS** 2818 Grand Vista Circle 80904  (719) 632-7000 | | 28 | $3500+ | | ● | | | | | | |
| **HOME CARE AT POPA'S ASSISTED LIVING** 9340 Burgess Rd 80908  (719) 330-6882 | | 8 | Call for rates | ● | ● | | | ● | | | ● |
| **HOME CARE KETTLE'S ASSISTED LIVING** 1929 Meyers Ave 80909  (719) 330-6882 | | 8 | Call for rates | ● | ● | | | ● | | | ● |
| **HOME CARE MOMA'S ASSISTED LIVING** 2501 Bennett Ave 80909  (719) 330-6882 | | 8 | $3000+ | ● | ● | | | ● | | | ● |
| **IVY COTTAGE I** 2060 Pima Dr 80915  (719) 596-0076 | | 11 | $2170 | ● | ● | | | ● | ● | | |
| **IVY COTTAGE II** 1945 Okeechobee Dr 80915  (719) 380-7986 | | 10 | $2170 | ● | ● | | | ● | ● | | |
| **JACKSON CREEK SENIOR LIVING**  (719) 380-7986 16601 Jackson Creek Pkwy Monument  80132 | 126 | 80 | 3400-4875 | | ● | ● | ● | ● | ● | ● | ● |
| **LARK SPRINGS** 2850 N Academy Blvd 80917  (719) 637-0877 | | 60 | $2775-$3550 | ● | ● | ● | | ● | ● | | ● |

## ASSISTED LIVING

Assisted living residences provide meals, housing and support services for individuals who do not need skilled nursing care.  Services may include personal care, medication administration, activities, and 24-hour supervision. Assisted Living facilities are licensed by the State of Colorado and more information may be found at www.colorado.gov/cdphe under health care facilities.

| Facility | See Ad on Page | Number of Units | Monthly Price Range | | Medicaid Certified | Respite Care Available | Secured Dementia Care Program | Multi-Level Community | Semi-Private Rooms Available | Accepts Pets | Non-Smoking Campus | Transportation Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIBERTY HEIGHTS ASSISTED LIVING** 12105 Ambassador Dr 80921  (719) 481-9494 | | 50 | Call for rates | | | | ● | ● | | ● | | |
| **LIFE QUALITY HOMES, WOODBURN** 2402 Woodburn St 80906  (71 9) 380-7381 | | 6 | $4500-$4800 | | | ● | ● | | ● | ● | | ● |
| **LIFE QUALITY HOMES, CHEYENNE** 427 W Cheyenne Rd 80906  (719) 380-7381 | | 6 | $4500-$4800 | | | ● | ● | | ● | ● | | ● |
| **LIFE QUALITY HOMES, LOMA LINDA** 19 Loma Linda Dr 80906  (719) 380-7381 | | 8 | $4500-$4800 | | | ● | ● | | ● | ● | | ● |
| **LIFE QUALITY HOMES, OAKRIDGE** 2204 Oak Ridge Lane 80915  (719) 380-7381 | | 6 | $4500-$4800 | | | ● | ● | | ● | ● | | ● |
| **MACKENZIE PLACE** 1655 Elm Creek View 80907  (719) 633-8181 | | 74 | Call for rates | | | ● | ● | ● | | | | ● |
| **MEDALION RETIREMENT COMMUNITY** 1719 E Bijou St 80909  (719) 381-1000 | | 42 | $2400-$4275 | | ● | ● | | ● | | | | ● |
| **MORNINGSTAR AT BEAR CREEK** 2450 Lower Camp Rd 80906  (719) 694-1411 | | 48 | $4600+ | | | | ● | | | | | ● |
| **MORNINGSTAR AT MOUNTAIN SHADOWS** 5355 Centennial Blvd 80919  (719) 260-5605 | | 64 | Call for rates | | | ● | ● | | | | | ● |
| **MYRON STRATTON HOME (WINFIELD HOUSE)** 2950 Hidden Treasure Pt   80906  (719) 540-3111 | | 24 | Medicaid only | | ● | | | ● | | | ● | ● |
| **NEW DAWN MEMORY CARE** 4185 Briargate Pkwy 80920  (719) 352-3069 | | 48 | $5430+ | | | ● | ● | | | | | |
| **NEW DAY COTTAGES AT PINE CREEK** 10975 Howells Rd 80908  (719) 266-1100 | | 12 | $3200-$4000 | | | | | | | | ● | |
| **NEW DAY COTTAGES AT TURNER** 1577 Turner Rd 80920  (719) 266-1100 | | 11 | $3000-$3600 | | | | | | ● | | ● | ● |
| **PALISADES AT BROADMOOR PARK** 4531 Palisades Park View 80906  (719) 266-2273 | | 64 | $2800+ | | | ● | ● | ● | | ● | | ● |
| **POINT OF THE PINES GARDENS** 330 Elkton Dr 80907  (719) 265-0030 | | 110 | $2850+ | | ● | | | | | | | |

# ASSISTED LIVING

Assisted living residences provide meals, housing and support services for individuals who do not need skilled nursing care. Services may include personal care, medication administration, activities, and 24-hour supervision. Assisted Living facilities are licensed by the State of Colorado and more information may be found at www.colorado.gov/cdphe under health care facilities.

| Name / Address / Phone | SEE AD ON PAGE | NUMBER OF UNITS | MONTHLY PRICE RANGE | | MEDICAID CERTIFIED | RESPITE CARE AVAILABLE | SECURED DEMENTIA CARE PROGRAM | MULTI-LEVEL COMMUNITY | SEMI-PRIVATE ROOMS AVAILABLE | ACCEPTS PETS | NON-SMOKING CAMPUS | TRANSPORTATION AVAILABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RESIDENCE AT SKYWAY PARK, THE**<br>886 Arcturus Dr 80905    (719) 227-7340 | | 44 | $2695-$3195 | | ● | | | | ● | | ● | ● |
| **RESIDENCE AT VILLAGE GREEN, THE**<br>3455 N Carefree 80917    (719) 999-5744 | | 44 | $2650-$3195 | | ● | | | | ● | | ● | ● |
| **RETREAT AT SUNNY VISTA, THE**<br>2450 E Cache Le Poudre 80909    (719) 888-3673 | | 70 | $4200-$4700 | | | ● | | ● | | ● | ● | ● |
| **SECURITY ALTERNATIVE CARE**<br>68 Security Blvd, Security 80911    (719) 390-4721 | | 8 | Call for rates | | ● | | | | | | | ● |
| **SPRINGS RANCH**<br>3315 Emmett view 80922    (719) 472-4959 | | 60 | $5310-$8100 | | ● | ● | ● | ● | ● | ● | ● | ● |
| **SOLANGE AT APPLE TREE**<br>1125 Brockdell Dr 80911    (719) 282-1155 | | 48 | $2800-$3800 | | ● | | | | | | | ● |
| **SOLANGE AT HIGHLAND PARK**<br>2107 Princeton Way 80909    (719) 282-1155 | | 8 | $2400-$3600 | | ● | | | | | | | ● |
| **SOLANGE AT THE GOLF COURSE**<br>10102 Rolling Ridge Rd 80925    (719) 282-1155 | | 10 | $2400-$3600 | | ● | | | | | | | ● |
| **ST PADRE PIO ASSISTED LIVING**<br>2543 N Chelton Rd 80909    (719) 424-7366 | | 5 | $3000-$3500 | | | ● | | | ● | | ● | ● |
| **SUNRISE ASSISTED LIVING AT UNIVERSITY PARK**<br>2105 University Park Blvd 80918    (719) 268-1818 | | 53 | $1500-$3150 | | | ● | ● | | ● | ● | | ● |
| **UNION PRINTERS HOME**<br>101 S Union Blvd 80910    (719) 634-3711 | 141 | 20 | Call for rates | | ● | ● | | ● | | | ● | ● |
| **VALLEY HI ASSISTED LIVING**<br>3116 Wellshire Blvd 80910    (719) 471-4016 | | 12 | $2500-$3500 | | ● | | | | ● | | | |
| **VIEWPOINTE**<br>555 S Rockrimmon Blvd 80919    (719) 528-8000 | | 60 | Call for rates | | | | ● | ● | | ● | ● | ● |
| **WESTSIDE ASSISTED LIVING**<br>816 W Kiowa Street 80905    (719) 578-1355 | | 16 | $2100-$2300 | | | | | | | | | ● |
| **WINSLOW COURT RETIREMENT COMMUNITY**<br>3920 E San Miguel St 80909    (719) 597-1700 | | 128 | $1800-$2925 | | ● | | | ● | ● | ● | | ● |

## *Skilled Healthcare*

Skilled nursing facilities provide housing with medical, nursing, psychosocial, and rehabilitation services for persons who require 24-hour nursing supervision or need extensive assistance with everyday tasks. Some facilities provide both long-term care services as well as short-term rehabilitation (usually post-hospital stay). Some only provide short-term rehab. They all provide meals, laundry, housekeeping, planned activities, assistance with dressing, feeding, bathing, and toileting. They also have social services support and medical services that can include wound care, ventilator care, and intravenous therapies

Skilled nursing facilities vary greatly, so take a complete tour and ask a lot of questions. Most importantly, READ EVERYTHING that you are asked to sign. If you observe something during a tour that you are not comfortable with, ask the director of nursing about it and come back at an unannounced time for a follow-up visit.

Skilled nursing facilities are licensed by the state and are required to undergo yearly evaluations. The results of these surveys are available on the website of the Colorado Department of Public Health and Environment under Health Facilities.

There are four payment options available for skilled facilities:

1. Private pay: Out-of-pocket or reimbursed by long-term care insurance.

2. Medicare: Generally pays for 100% of first 20 days and roughly 80% of the next 80 days after an inpatient hospital admission (usually of three overnights or more) and a medical requirement for short-term rehabilitation.

3. Medicaid: Federal/state program that requires financial and functional eligibility. Focus is usually on long-term care.

4. Veterans benefits: These vary and may only apply to facilities that have VA contracts. Check with the facility or with the Veterans Administration office for more details. Assists veterans and their widows and can be combined with a private-pay option.

### QUESTIONS TO ASK:
- Are the rooms private or semi-private?
- If the stay is for short-term rehab, will I be able to stay in long-term care if needed?
- What are the fees (usually charged by the day)?
- What do the fees include, and are there additional charges?
- Are they Medicare and/or Medicaid certified?
- What types of rehabilitation services are provided?
- Do they offer specialized dementia care?
- What types of activities are provided?
- How many beds does the facility have and what is the staffing ratio?
- Is smoking allowed?
- How do they ensure that high-quality care is being delivered?
- Are there support services for families?

Concerns about care in skilled nursing facilities can be referred to the Long-Term Care Ombudsman at 719-471-2096. The ombudsman's role is to respond to and investigate complaints regarding care issues in all licensed facilities. The ombudsman attempts to resolve issues on behalf of the resident and may, if appropriate, report serious incidents to an appropriate regulatory government agency.

| NURSING HOMES\SKILLED NURSING<br><br>Licensed nursing homes provide meals and housing along with medical, nursing, psychosocial, and rehabilitation services for individuals who require 24-hour nursing supervision or need extensive help with everyday tasks. Additional information is available at www.medicare.gov and www.colorado.gov/cdphe. | SEE AD ON PAGE | #OF BEDS | | APPROXIMATE PRICE PER DAY | MEDICARE CERTIFIED | MEDICAID CERTIFIED | VA CONTRACT | REHABILITATION ONLY | MULTIPLE CARE LEVELS |
|---|---|---|---|---|---|---|---|---|---|
| **ADVANCED HEALTH CARE OF COLORADO SPRINGS**<br>55 S Parkside Dr 80910                    (719) 418-4500 | | 34 | | $625 | ● | | | ● | |
| **BIJOU HILL REHAB AT CEDARWOOD HEALTH CARE CENTER**<br>924 W Kiowa St 80905                    (719) 636-5221 | | 80 | | $242-256 | ● | ● | | | |
| **BROOKDALE BEAR CREEK**<br>1685 21st St 80904                    (719) 329-1774 | | 45 | | $227-274 | ● | | | | ● |
| **BROOKDALE SKYLINE**<br>2365 Patriot Hghts 80904                    (719) 337-6139 | | 57 | | $216–281 | ● | | | | ● |
| **CENTER AT CENTENNIAL, THE**<br>3490 Centennial Blvd 80907                    (719) 685-8888 | | 80 | | $625 | ● | | | ● | |
| **CENTER AT CORDERA, THE**<br>9208 Grand Cordera Pkwy 80924                    (719) 522-2000 | | 80 | | $625 | ● | | | ● | |
| **CHEYENNE MOUNTAIN CARE CENTER**<br>835 Tenderfoot Hill Rd 80906                    (719) 576-8380 | | 159 | | Call for rates | ● | | | | |
| **COLONIAL COLUMNS SKILLED NURSING & MEMORY CARE**<br>1340 E Fillmore St 80907                    (719) 473-1105 | | 80 | | $214+ | ● | ● | | | |
| **CRIPPLE CREEK CARE CENTER**<br>700 N A St, Cripple Creek 80813                    (719) 689-2931 | 127 | 59 | | $218–237 | ● | ● | ● | | |
| **FOREST RIDGE SENIOR LIVING AND REHABILITATION**<br>16006 W Hwy 24, Woodland Park 80863         (719) 686-6500 | 140 | 80 | | $275 | ● | ● | | | ● |
| **GARDENS, THE**<br>104 Lois Ln 80904                    (719) 635-2569 | | 45 | | $205–230 | ● | ● | | | |
| **HEALTH CARE RESORT OF COLORADO SPRINGS**<br>2818 Grand Vista Circle 80904                    (719) 632-7000 | | 97 | | $250-300 | ● | ● | | ● | ● |
| **LAUREL MANOR CARE CENTER**<br>920 S Chelton Rd 80910                    (719) 473-7780 | | 81 | | $215–408 | ● | ● | ● | | |
| **LIBERTY HTS HEALTH AND REHAB CTR**<br>12205 Gunstock Dr 80921                    (719) 481-5007 | | 42 | | Call for rates | ● | | | | ● |

| NURSING HOMES\SKILLED NURSING<br><br>Licensed nursing homes provide meals and housing along with medical, nursing, psychosocial, and rehabilitation services for individuals who require 24-hour nursing supervision or need extensive help with everyday tasks. Additional information is available at www.medicare.gov and www.colorado.gov/cdphe. | SEE AD ON PAGE | # OF BEDS | | APPROXIMATE PRICE PER DAY | MEDICARE CERTIFIED | MEDICAID CERTIFIED | VA CONTRACT | REHABILITATION ONLY | MULTIPLE CARE LEVELS |
|---|---|---|---|---|---|---|---|---|---|
| **LIFE CARE CENTER OF COLORADO SPRINGS**<br>2490 International Cir 80910          (719) 630-8888 | 126 | 121 | | $271–308 | ● | ● | | | ● |
| **MCCANDLESS STATE VETERANS CTR AT FLORENCE**<br>903 Moore Dr, Florence 81226          (800) 283-2668 | | 105 | | $173–277 | ● | ● | ● | | |
| **MEDALION HEALTH CENTER**<br>1719 E Bijou St 80909          (719) 381-1000 | | 60 | | $243 | ● | ● | | | ● |
| **MOUNT ST FRANCIS NURSING CENTER**<br>7550 Assisi Heights 80919          (719) 598-1336 | | 108 | | $247-263 | ● | ● | | | |
| **NAMASTÈ ALZHEIMER CENTER**<br>2 Penrose Blvd 80906          (719) 442-4240 | | 64 | | $236 | | ● | | | |
| **PARKMOOR VILLAGE HEALTH AND REHAB CENTER**<br>3625 Parkmoor Village Dr 80917          (719) 550-0200 | | 147 | | $217-434 | ● | ● | ● | | |
| **PIKES PEAK CARE & REHABILITATION CENTER**<br>2719 N Union Blvd 80909          (719) 636-1676 | | 210 | | Call for rates | ● | ● | | | |
| **SPANISH PEAKS VETERANS COMMUNITY LIVING CENTER**<br>23500 US Hwy 160, Walsenburg 81089          (800) 645-8387 | | 120 | | $145–261 | | ● | ● | | |
| **SPRINGS VILLAGE CARE CENTER**<br>110 W Van Buren St 80907          (719) 475-8686 | | 91 | | $250-275 | ● | ● | | | |
| **SUNDANCE SKILLED NURSING AND REHAB**<br>2612 W Cucharras St 80904          (719) 632-7474 | | 68 | | $215-235 | ● | ● | | | |
| **SUNNY VISTA LIVING CENTER**<br>2445 E Cache La Poudre St 80909          (719) 471-8700 | | 116 | | $290 | ● | ● | | | |
| **TERRACE GARDENS HEALTH CARE CENTER**<br>2438 E Fountain Blvd 80910          (719) 473-8000 | | 108 | | $211–234 | ● | ● | ● | | |
| **UNION PRINTERS HOME**<br>101 S Union Blvd 80910          (719) 634-3711 | 141 | 120 | | $200–250 | ● | ● | ● | | ● |

## NURSING HOMES\SKILLED NURSING

Licensed nursing homes provide meals and housing along with medical, nursing, psychosocial, and rehabilitation services for individuals who require 24-hour nursing supervision or need extensive help with everyday tasks. Additional information is available at www.medicare.gov and www.colorado.gov/cdphe.

| Facility | SEE AD ON PAGE | # OF BEDS | | APPROXIMATE PRICE PER DAY | MEDICARE CERTIFIED | MEDICAID CERTIFIED | VA CONTRACT | REHABILITATION ONLY | MULTIPLE CARE LEVELS |
|---|---|---|---|---|---|---|---|---|---|
| **VETERANS COMMUNITY LIVING CENTER AT FITZSIMONS** <br> 1919 Quentin St, Aurora 80045  (720) 857-6400 | | 180 | | $240–361 | ● | ● | ● | | |
| **VETERANS COMMUNITY LIVING CENTER AT HOMELAKE** <br> 3749 Sherman Ave, Monte Vista 81144  (888) 838-2687 | | 60 | | $133–237 | ● | ● | ● | | |
| **VETERANS COMMUNITY LIVING CENTER AT RIFLE** <br> 851 E 5th St, Rifle 81650  (970) 625-0842 | | 89 | | $173–280 | ● | ● | ● | | |
| **VISTA RIDGE REHAB HOME OF ASPEN LIVING CENTER** <br> 1795 Monterey Rd 80910  (719) 471-7850 | | 102 | | $221–328 | ● | ● | | | |




**FOREST RIDGE**
Senior Living and Rehabilitation

**Voted "Americas Best Nursing Home"**
by US News and World Reports 2018-19

*Compassionate Care with Heart*



**FIVE-STAR RATED**
by Centers for Medicare and Medicaid (CMS)



- Therapy: Physical, Occupational and Speech
- Long Term Care
- Memory Care
- Located on the Hospital Campus in Woodland Park
- 24 Hour RN Coverage
- Licensed Professional Nurses, Certified Aides and Therapists
- All Private Rooms with Bathrooms and Showers
- 8 Cozy Living Rooms with Fireplaces
- 4 Intimate Dining Rooms with Views
- Fun Variety of Lively and Creative Activities
- Nutritional Services and Diet Management
- In-House Beauty Salon
- Transportation to Scheduled Medical Appointments
- Medicaid/Medicare Certified
- Locally Owned and Operated

(719) 686-6500  |  16006 West US Hwy 24, Woodland Park, CO 80863  |  www.ForestRidgeSeniorLiving.com



**Union Printers Home Health Care Facility**

Non-profit
We accept Medicaid, Medicare, Evercare, private insurances, and respite stays.

- Skilled and Assisted Living
- All private rooms
- 26 beautifully landscaped acres
- Sun porches and sitting rooms
- Open dining
- Beauty and Barber shop
- Transportation
- Physical, Occupational and Speech Therapy

**VA Contracted**

*Make your home the "Castle on the Hill"*

*Open to the public!*

Union Printers Home
101 South Union Blvd.
Colorado Springs, CO 80910
719-634-3711

**Mission Statement -**
To provide excellent person-centered care in an enjoyable HOME environment where ALL are treated with respect and dignity.