WILLIAM WALLER - DIRECT

| | |
|---|---|
| 1 | A.   Yeah.  They -- they ruled against it.  They said it was a |
| 2 | frivolous argument. |
| 3 | Q.   Okay.  And the date that the court -- this case was |
| 4 | pending was what year? |
| 5 | A.   2001, I believe. |
| 6 | Q.   Were there other people that you were in contact with at |
| 7 | that time that you also relied upon that had a bearing upon |
| 8 | your tax beliefs? |
| 9 | A.   Yeah, there was other individuals.  Bob Schulz, |
| 10 | Joe Banister, John Turner, Bill Conklin.  There's quite a few |
| 11 | that I had come across in my studies. |
| 12 | Q.   Now, the man that you just mentioned, the first, |
| 13 | Bob Schulz, when was the first time that you ever heard his |
| 14 | name? |
| 15 | A.   I'd actually heard his name from Irwin Schiff, and that |
| 16 | was probably in 1999, I believe. |
| 17 | Q.   Did you come to an understanding as to who Mr. Bob Schulz |
| 18 | was? |
| 19 | A.   Yeah.  He was the founder of We the People, and he was |
| 20 | doing Tax Symposiums in Washington, DC.  He was doing |
| 21 | symposiums as far as remonstrance where they were delivering |
| 22 | packages to our congressmen and the White House, different |
| 23 | speakers.  That's actually where I came across Joe Banister |
| 24 | and John Turner. |
| 25 | Q.   What was the first time that you ever saw or heard of |

WILLIAM WALLER - CROSS

```
 1    your defense to be, a good-faith defense?
 2    A.   Yes.
 3    Q.   Meaning that you honestly believed -- and I guess still
 4    honestly believe -- that you're not required to pay taxes?
 5    A.   Correct.
 6    Q.   Okay.  But it's not like good-faith reliance on your tax
 7    lawyer; right?
 8    A.   No.  It's on my own research.
 9    Q.   And it's not a good-faith reliance on your CPA?
10    A.   Correct.
11    Q.   It's just your own research that you've done yourself and
12    you --
13    A.   Yes.
14    Q.   -- and you've concluded that you're not required to pay
15    tax?
16    A.   Yes.
17    Q.   So I guess, since you still believe it today, you don't
18    have any intention of filing a 2018 tax return before
19    April 15th?
20    A.   If somebody shows me the law that makes me liable, I'll
21    be happy to, and I'll be happy to pay my tax in full.
22    Q.   Okay.  And that's something that you've had that position
23    for a long time, if someone would show you the law, you'd be
24    happy to pay?
25    A.   Correct.
```

WILLIAM WALLER - REDIRECT

```
 1    A.   No, not at all.
 2    Q.   How do you know anything about those people?
 3    A.   Just through --
 4    Q.   Like Wesley Snipes.
 5    A.   Just through history and the media.
 6    Q.   Through the media?
 7    A.   Sure.
 8    Q.   Okay.  Have you heard, also through the media, parties
 9    that are in different circumstances from Al Capone, Pete Rose,
10    Wesley Snipes?
11    A.   You mean in regards to victories?
12    Q.   Right.
13    A.   Yes.  Yeah, there's --
14    Q.   And what have you --
15    A.   -- quite a few.
16    Q.   -- heard?
17    A.   I'm sorry?
18    Q.   What have you heard?
19    A.   Oh, there's a list equal in length as far as the ones
20    that have lost to the ones that have won.  I mean, there's
21    Vernie Kuglin.  There's Tommy Cryer, Whitey Harrell,
22    Joe Banister.  There's others that had victories that...
23    Q.   Okay.  If you had heard through the media that Al Capone,
24    Pete Rose, and Wesley Snipes were convicted, did that have any
25    impact upon your beliefs regarding whether or not you were
```

Case No. 1:18-cr-00359-REB   Document 107-9   filed 10/23/19   USDC Colorado   pg 4 of 4
Case 2:18-cr-00112-JCM-VCF   Document 111   Filed 03/25/19   Page 167 of 172

WILLIAM WALLER - REDIRECT

1    required to file federal income tax returns?
2    A.   No.  I don't -- I didn't know what -- if they were
3    filers.  I don't know their tax situation.  No.
4    Q.   Okay.  Now, what, if any, impact upon your beliefs did
5    these -- this information you heard through the media about
6    these other parties that you mentioned -- I think you
7    mentioned Vernie Kuglin and Tommy Cryer and others.  What did
8    that have upon your beliefs?
9    A.   They were actually similar cases.  They were non-filers,
10   didn't file returns, and they had victories, yes.
11   Q.   Now, at the start of the cross-examination this morning,
12   the government's asking you questions about the elements of
13   this case.  One of the counts in the indictment, you're
14   familiar with it, charges you with impeding and impairing and
15   defeating the activities of the IRS.  Do you remember that
16   line of questions?
17   A.   Yes.
18   Q.   And at any stage during the relevant periods we're
19   talking about here, let's say from 1999 all the way up through
20   the end of 2016, did you do anything to impede the functions
21   of the IRS?
22   A.   No.  I was just acting on my legal right to challenge
23   these assessments, challenge these hearings, these levies,
24   these liens.  I didn't do anything to impede.  I was just
25   exercising my legal authority.