UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>LAWRENCE MARTIN BIRK,<br>    Defendant-Appellant. | District Court No. 1:18-cr-00359-REB-1<br><br>Court of Appeals No. 19-1422 |

## DESIGNATION OF RECORD

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Complete transcript of Trial Preparation Conference held 07/11/2019 (Docket 80).
2. Complete transcript of Jury Trial – Day 1 held 07/22/2019 (Docket 82).
3. Complete transcript of Jury Trial – Day 2 held 07/23/2019 (Docket 84).
4. Complete transcript of Jury Trial – Day 3 held 07/24/2019 (Docket 88).
5. Complete transcript of Jury Trial – Day 4 held 07/25/2019 (Docket 89).
6. Complete Jury Trial transcripts should also include opening statements, instruction conference, jury instructions, and closing arguments.
7. Complete transcript of Sentencing held 10/30/2019 (Docket 108).
8. Presentence Report and any addenda.

/s/ Grant Russell Smith
GRANT RUSSELL SMITH
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Email: Grant_Smith@fd.org
Attorney for Defendant-Appellant

     I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerks of the court of appeals and the district court by ECF on November 18, 2019.

/s/Grant Russell Smith
GRANT RUSSELL SMITH
Assistant Federal Public Defender