APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:18-cr-00359-REB-1

Case title: USA v. Birk

Date Filed: 07/26/2018
Date Terminated: 10/31/2019

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 19-1422 USCA

### Defendant (1)

**Lawrence Martin Birk**
*TERMINATED: 10/31/2019*

represented by **Edward R. Harris**
Office of the Federal Public Defender–Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Edward_Harris@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jennifer Lynn Beck**
Federal Public Defender's Office–Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: jennifer_beck@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

26 U.S.C. § 7201 Evasion of Payment of Individual Income Taxes
(1)

### Disposition

Imprisonment for a term of 60 months. Supervised release for a term of three years. Special assessment in the amount of $100. Restitution in the amount of $1,858,826.26.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

**Plaintiff**

**USA**        represented by    **Christopher Michael Magnani**
Department of Justice, Tax Division
601 D Street NW
Seventh Floor
Washington, DC 20530
202-307-6408
Fax: 202-514-9623
Email: christopher.magnani@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Elizabeth Caryl Hadden**
U.S. Department of Justice-DC-601 D Street
601 D Street, N.W.
Washington, DC 20004
202-514-5189
Fax: 2025-149-623
Email: elizabeth.c.hadden@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Lori A. Hendrickson**
U.S. Department of Justice-DC-601 D Street
601 D Street, N.W.
Washington, DC 20004
202-353-0542
Fax: 202-514-9623
Email: Lori.A.Hendrickson@usdoj.gov
*TERMINATED: 03/11/2019*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2018 | 1 | INDICTMENT as to Lawrence Martin Birk (1) count(s) 1. (Attachments: # 1 Penalty Sheet) (athom, ) (Entered: 07/27/2018) |
| 07/26/2018 | 2 | RESTRICTED DOCUMENT – Level 4 as to Lawrence Martin Birk. (athom, ) (Entered: 07/27/2018) |
| 07/26/2018 | 3 | Summons Issued as to Lawrence Martin Birk. Initial Appearance set for 8/9/2018 02:00 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (athom, ) Modified on 7/27/2018 to attach correct PDF (athom, ). (Entered: 07/27/2018) |
| 08/07/2018 | 4 | Summons Returned Executed on 08/07/2018 as to Lawrence Martin Birk. (athom, ) (Entered: 08/08/2018) |
| 08/09/2018 | 5 | MINUTE ENTRY for Initial Appearance as to Lawrence Martin Birk held before Magistrate Judge Kristen L. Mix on 8/9/2018. Defendant fails to appear. Probation notes the defendant did not appear in their office pursuant to the directions on the summons. The Court issues a warrant for the defendant's arrest. (Total time: 3 minutes, Hearing time: 2:13-2:15 and 2:18-2:19)<br><br>**APPEARANCES**: Beth Gibson on behalf of the Government, Gary Burney on behalf of pretrial. FTR: KLM Courtroom a401. (lgale, ) Text Only Entry (Entered: 08/09/2018) |
| 08/09/2018 | 6 | RESTRICTED DOCUMENT – Level 3. (jgonz, ) (Entered: 08/09/2018) |

| | | |
|---|---|---|
| 09/10/2018 | 7 | Arrest of Lawrence Martin Birk. Initial Appearance on Revocation Proceedings set for 9/10/2018 02:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. (Text Only entry)(tsher, ) (Entered: 09/10/2018) |
| 09/10/2018 | 8 | COURTROOM MINUTES for Initial Appearance, Arraignment, and Detention, as to Lawrence Martin Birk held on 9/10/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant advised. Court appoints counsel. Bond set in the amount of $5,000 unsecured. Conditions of bond set. Plea of NOT GUILTY entered by defendant. Discovery Hearing set for 9/13/2018 02:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Defendant may motion the court to appear by telephone or to waive his appearance at the Discovery Hearing. Defendant advised of conditions of bond and remanded for processing and release. (Total time: 12 minutes, Hearing time: 2:41−2:53)<br><br>**APPEARANCES**: Jeremy Sibert on behalf of the Government, Laura Suelau on behalf of the Defendant, Pat Hanley on behalf of Pretrial. FTR: Courtroom A−502. (bwilk, ) Text Only Entry (Entered: 09/10/2018) |
| 09/10/2018 | 9 | ORDER APPOINTING COUNSEL as to Lawrence Martin Birk by Magistrate Judge Nina Y. Wang on 9/10/2018. Text Only Entry (bwilk, ) (Entered: 09/10/2018) |
| 09/10/2018 | 10 | NOTICE OF ATTORNEY APPEARANCE: Edward Robin Harris appearing for Lawrence Martin BirkAttorney Edward Robin Harris added to party Lawrence Martin Birk(pty:dft) (Harris, Edward) (Entered: 09/10/2018) |
| 09/10/2018 | 11 | MOTION to Excuse *Appearance at Discovery Conference* by Lawrence Martin Birk. (Harris, Edward) (Entered: 09/10/2018) |
| 09/10/2018 | 13 | CJA 23 Financial Affidavit by Lawrence Martin Birk. (bwilk, ) (Entered: 09/11/2018) |
| 09/10/2018 | 14 | Unsecured Bond Entered as to Lawrence Martin Birk in amount of $ 5,000. (bwilk, ) (Entered: 09/11/2018) |
| 09/10/2018 | 15 | ORDER Setting Conditions of Release by Magistrate Judge Nina Y. Wang on 9/10/2018. (bwilk, ) (Entered: 09/11/2018) |
| 09/11/2018 | 12 | MEMORANDUM by Judge Robert E. Blackburn on 9/11/18 regarding 11 MOTION to Excuse *Appearance at Discovery Conference* filed by Lawrence Martin Birk. Motion referred to Magistrate Judge Nina Y. Wang. Text Only Entry (rebsec) (Entered: 09/11/2018) |
| 09/11/2018 | 16 | MOTION for Special Appearance *by Telephone* by USA as to Lawrence Martin Birk. (Magnani, Christopher) (Entered: 09/11/2018) |
| 09/11/2018 | 17 | MEMORANDUM regarding 16 MOTION for Special Appearance *by Telephone* filed by USA. Motion referred to Magistrate Judge Nina Y. Wang. By Judge Robert E. Blackburn on 09/11/2018. Text Only Entry (athom, ) (Entered: 09/11/2018) |
| 09/11/2018 | 18 | MINUTE ORDER granting 11 Motion to Excuse Appearance at Discovery Conference as to Lawrence Martin Birk (1); granting 16 Motion to Excuse Appearance at September 13, 2018 Discovery Conference as to Lawrence Martin Birk (1), by Magistrate Judge Nina Y. Wang on 9/11/2018. (jgonz, ) (Entered: 09/11/2018) |
| 09/12/2018 | 19 | Arrest Warrant issued on 8/9/18, Returned Executed on 9/10/18, in case as to Lawrence Martin Birk. (nmarb, ) (Entered: 09/12/2018) |
| 09/13/2018 | 20 | COURTROOM MINUTES for Discovery Hearing as to Lawrence Martin Birk held on 9/13/2018 before Magistrate Judge Nina Y. Wang. Defendant appearance waived, Discovery memorandum executed, Defendants bond continued, (Total time: 3 minutes, Hearing time: 2:15−2:18)<br><br>**APPEARANCES**: Robert Brown in the courtroom and Christopher Magnani via telephone on behalf of the Government, Edward Harris on behalf of the Defendant. FTR: Courtroom A−502. (bwilk, ) Text Only Entry (Entered: 09/13/2018) |
| 09/13/2018 | (21) | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 7 days as to Lawrence Martin Birk by Magistrate Judge Nina Y. Wang on 9/13/2018. (bwilk, ) (Entered: 09/14/2018) |

| | | |
|---|---|---|
| 09/14/2018 | 22 | TRIAL PREPARATION CONFERENCE ORDER as to Lawrence Martin Birk, by Judge Robert E. Blackburn on 09/14/2018. Motions due by 9/28/2018. Telephone Conference set for 10/17/2018, at 10:00 AM. Trial Preparation Conference set for 11/14/2018, at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. The court reserves seven (7) days for trial. The first 3 days of trial are set for 11/19/2018−11/21/2018 and the remaining days are set for 11/26/2018−11/29/2018, at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (athom, ) (Entered: 09/14/2018) |
| 09/17/2018 | 23 | Unopposed MOTION for Order *to Exclude Time From the Speedy Trial Act, Vacate Current Trial and Motions Dates, and Set Trial for May 20, 2019* by Lawrence Martin Birk. (Harris, Edward) (Entered: 09/17/2018) |
| 09/19/2018 | 24 | MINUTE ORDER by Judge Robert E. Blackburn on 9/19/18 as to Lawrence Martin Birk re 23 Unopposed MOTION for Order *to Exclude Time From the Speedy Trial Act, Vacate Current Trial and Motions Dates, and Set Trial for May 20, 2019* filed by Lawrence Martin Birk. A Telephonic (non−appearance) setting Conference is set for 9/20/2018 at 10:00 AM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at 303−335−2350 to set this matter for hearing. Text Only Entry (rebsec) (Entered: 09/19/2018) |
| 09/20/2018 | 25 | MINUTE ORDER by Judge Robert E. Blackburn on 9/20/18 as to Lawrence Martin Birk re 23 Unopposed MOTION for Order *to Exclude Time From the Speedy Trial Act, Vacate Current Trial and Motions Dates, and Set Trial for May 20, 2019* filed by Lawrence Martin Birk. A Motion Hearing is set for 9/26/2018 at 01:30 PM (MDT) in Courtroom A1001 before Judge Robert E. Blackburn. Government may appear by telephone, if necessary, by calling 303−335−2350 approximately five minutes prior to the start of the hearing. Text Only Entry (rebsec) (Entered: 09/20/2018) |
| 09/26/2018 | 27 | COURTROOM MINUTES for Motion Hearing as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 9/26/2018. ORDERED: 23 Motion to Exclude Time GRANTED. Status Conference set for 2/28/2019 at 1:00 p.m.; Trial Preparation Conference reset to May 10, 2019, at 1:00 p.m.; 9−day Jury Trial reset to begin Monday, May 13, 2019, at 8:30 a.m.; all in Courtroom A1001 before Judge Robert E. Blackburn. Defendant continued on bond. Court Reporter: Tracy Weir. (lrobe) (Entered: 09/27/2018) |
| 10/04/2018 | 28 | MOTION for Order *for Grand Jury Transcripts* by Lawrence Martin Birk. (Harris, Edward) (Entered: 10/04/2018) |
| 10/05/2018 | 29 | MINUTE ORDER by Judge Robert E. Blackburn on 10/5/18 as to Lawrence Martin Birk re 28 MOTION for Order *for Grand Jury Transcripts* filed by Lawrence Martin Birk. Government shall file a Response by 10/19/2018, and defendant shall file a Reply by 11/2/2018. Text Only Entry (rebsec) (Entered: 10/05/2018) |
| 10/12/2018 | 30 | RESPONSE to Motion by USA as to Lawrence Martin Birk re 28 MOTION for Order *for Grand Jury Transcripts United States' Response to Defendant's Grand Jury Motion* (Magnani, Christopher) (Entered: 10/12/2018) |
| 10/26/2018 | 31 | ORDER as to Lawrence Martin Birk. The Defendant's Motion for Grand Jury Transcripts [# 28 ] is granted. By Judge Robert E. Blackburn on 10/26/2018. (athom, ) (Entered: 10/26/2018) |
| 11/19/2018 | 32 | Unopposed MOTION to Supplement 28 MOTION for Order *for Grand Jury Transcripts (Materials)* by Lawrence Martin Birk. (Harris, Edward) (Entered: 11/19/2018) |
| 11/20/2018 | 33 | ORDER as to Lawrence Martin Birk. The Defendant's Unopposed Supplemental Motion for Grand Jury Materials [# 32 ] is granted. As soon as practicable, the Government shall disclose a copy of the grand jury transcript and associated exhibits in this matter to defense counsel who shall not disclose the transcript and associated exhibits, in whole or in part, to any person outside the Office of the Federal Public Defender. By Judge Robert E. Blackburn on 11/20/2018. (athom, ) (Entered: 11/20/2018) |
| 01/09/2019 | 34 | WITHDRAWN − NOTICE of Disposition by Lawrence Martin Birk (Harris, Edward) Modified on 2/26/2019 withdrawing pursuant to Order 39 (rebsec). (Entered: 01/09/2019) |

| | | |
|---|---|---|
| 01/09/2019 | 35 | MINUTE ORDER by Judge Robert E. Blackburn on 1/9/19 as to Lawrence Martin Birk re 34 Notice of Disposition. By agreement of all, the Status Conference set for 2/28/2019 at 01:00 PM in Courtroom A1001 before Judge Robert E. Blackburn has been converted to a Change of Plea Hearing. Text Only Entry (rebsec) (Entered: 01/09/2019) |
| 02/19/2019 | 36 | MINUTE ORDER by Judge Robert E. Blackburn on 2/19/19 as to Lawrence Martin Birk. Due to a conflict on the court's calendar, the change of plea set 2/28/19 is vacated and continued pending further order. A Telephonic (non-appearance) Setting Conference is set for 2/20/2019 at 10:00 AM. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference. Text Only Entry (rebsec) Modified on 2/19/2019 to correct the date to 2/20/19 for the conference call (rebsec). (Entered: 02/19/2019) |
| 02/20/2019 | 37 | MINUTE ORDER by Judge Robert E. Blackburn on 2/20/19 as to Lawrence Martin Birk. After conferring with counsel, and by agreement of all, the Change of Plea Hearing is reset for 3/26/2019 at 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 02/20/2019) |
| 02/25/2019 | 38 | MOTION to Withdraw Document 34 Notice of Disposition by Lawrence Martin Birk. (Harris, Edward) (Entered: 02/25/2019) |
| 02/26/2019 | 39 | MINUTE ORDER by Judge Robert E. Blackburn on 2/26/19 granting 38 Motion to Withdraw Notice of Disposition 34 as to Lawrence Martin Birk (1). The change of plea hearing set 3/26/2019 is vacated. A Status Conference is set for 3/14/2019 at 02:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 02/26/2019) |
| 03/05/2019 | 40 | NOTICE OF ATTORNEY APPEARANCE Elizabeth Caryl Hadden appearing for USA. Attorney Elizabeth Caryl Hadden added to party USA(pty:pla) (Hadden, Elizabeth) (Entered: 03/05/2019) |
| 03/05/2019 | 41 | NOTICE *of Withdrawal of Trial Attorney Lori A. Hendrickson* by USA as to Lawrence Martin Birk (Hendrickson, Lori) (Entered: 03/05/2019) |
| 03/06/2019 | 42 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 41 Notice of Withdrawal of Trial Attorney filed by attorney Lori A. Hendrickson. In order for an attorney to be withdrawn as counsel of record, a Motion to Withdraw as Attorney must be filed. An attorney cannot be withdrawn by a Notice of Withdrawal of Attorney. (Text Only Entry) (athom, ) (Entered: 03/06/2019) |
| 03/07/2019 | 43 | NOTICE OF ATTORNEY APPEARANCE: Jennifer Lynn Beck appearing for Lawrence Martin BirkAttorney Jennifer Lynn Beck added to party Lawrence Martin Birk(pty:dft) (Beck, Jennifer) (Entered: 03/07/2019) |
| 03/11/2019 | 44 | MOTION to Withdraw as Attorney by Lori A. Hendrickson by USA as to Lawrence Martin Birk. (Hendrickson, Lori) (Entered: 03/11/2019) |
| 03/11/2019 | 45 | MEMORANDUM by Judge Robert E. Blackburn on 3/11/19 regarding 44 MOTION to Withdraw as Attorney by Lori A. Hendrickson filed by USA. Motion referred to Magistrate Judge Michael E. Hegarty. Text Only Entry (rebsec) (Entered: 03/11/2019) |
| 03/11/2019 | 46 | ORDER granting 44 Motion to Withdraw as Attorney by Magistrate Judge Michael E. Hegarty on 03/11/2019. Lori A. Hendrickson withdrawn from case as to Lawrence Martin Birk (1). Text Only Entry (mdave, ) (Entered: 03/11/2019) |
| 03/12/2019 | 47 | Unopposed MOTION to Excuse *Appearance at Status Conference* by Lawrence Martin Birk. (Harris, Edward) (Entered: 03/12/2019) |
| 03/12/2019 | 48 | Unopposed MOTION for Order *to Permit Defense Counsel to Appear by Phone at Status Conference* by Lawrence Martin Birk. (Harris, Edward) (Entered: 03/12/2019) |
| 03/12/2019 | 49 | MINUTE ORDER by Judge Robert E. Blackburn on 3/12/19 granting 47 Motion to Excuse as to Lawrence Martin Birk (1); Mr. Birk's appearance at the status conference on 3/14/19 is waived. granting 48 Motion to Permit Defense Counsel to Appear by Phone as to Lawrence Martin Birk (1); Mr. Harris may appear by telephone. Call chambers at 303-335-2350 approximately two minutes prior to the conference. Text Only Entry (rebsec) (Entered: 03/12/2019) |

| | | |
|---|---|---|
| 03/14/2019 | 50 | COURTROOM MINUTES for Status Conference as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 3/14/2019. ORDERED: This case is continued for further status conference as agreed to 4/24/2019 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Trial Preparation Conference and Trial by Jury vacated pending further order. Defendant continued on bond. Court Reporter: Tracy Weir. (lrobe) (Entered: 03/15/2019) |
| 04/03/2019 | 51 | Unopposed MOTION to Continue *Status Conference* by Lawrence Martin Birk. (Harris, Edward) (Entered: 04/03/2019) |
| 04/04/2019 | 52 | ORDER by Judge Robert E. Blackburn on 4/4/19 granting 51 Motion to Continue as to Lawrence Martin Birk (1). Status Conference set 4/25/19 is vacated and is now set for 5/1/2019 at 10:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 04/04/2019) |
| 04/17/2019 | 53 | Unopposed MOTION to Excuse *Appearance at Status Conference* by Lawrence Martin Birk. (Harris, Edward) (Entered: 04/17/2019) |
| 04/17/2019 | 54 | MINUTE ORDER by Judge Robert E. Blackburn on 4/17/19 granting 53 Motion to Excuse as to Lawrence Martin Birk (1). Mr. Birk's appearance at the status conference on 5/1/19 is waived. Text Only Entry (rebsec) (Entered: 04/17/2019) |
| 05/01/2019 | 55 | COURTROOM MINUTES for Status Conference as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 5/1/2019. ORDERED: The time from May 12, 2019, through and including July 22, 2019, shall be excluded from the time for a speedy trial under the Act. Non-CJA pretrial motions due by 5/24/2019, responses due by 6/7/2019. Telephonic, non-appearance setting conference is set for 6/12/2019 at 10:00 AM to set any motion for hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference. Trial Preparation Conference set for 7/17/2019 at 01:30 PM and 8-day Jury Trial set to begin 7/22/2019 at 8:30 AM, all in Courtroom A1001 before Judge Robert E. Blackburn. Court Reporter: Tracy Weir. (lrobe) (Entered: 05/01/2019) |
| 05/08/2019 | 56 | SECOND TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 5/8/19 as to Lawrence Martin Birk. All non-CJA pretrial motions due by 5/24/2019. Responses due by 6/7/2019. Any pretrial motion that the court determines should be set for hearing shall be set for hearing during a telephonic (non-appearance) setting conference 6/12/2019 at 10:00 AM. Trial Preparation Conference set for 7/17/2019 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Eight Day Jury Trial set for 7/22/2019 through 7/26/2019 and 7/29/2019 through 7/31/2019 at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 05/08/2019) |
| 05/08/2019 | 57 | AMENDED ORDER re 56 Second Trial Preparation Conference Order by Judge Robert E. Blackburn on 5/8/19. Order amended to correct trial dates. (rebsec) (Entered: 05/08/2019) |
| 06/06/2019 | 58 | MINUTE ORDER by Judge Robert E. Blackburn on 6/6/19 as to Lawrence Martin Birk. Telephone conference is vacated. No motions were filed before the deadline. Text Only Entry (rebsec) (Entered: 06/06/2019) |
| 06/20/2019 | 59 | NOTICE of Intent to Use Evidence by USA as to Lawrence Martin Birk (Attachments: # 1 Exhibit Mary Trabold CV)(Magnani, Christopher) (Entered: 06/20/2019) |
| 06/21/2019 | 60 | NOTICE of Intent to Use Evidence by USA as to Lawrence Martin Birk (Magnani, Christopher) (Entered: 06/21/2019) |
| 06/21/2019 | 61 | MINUTE ORDER as to Lawrence Martin Birk. Due to a conflict on the court's calendar, the Trial Preparation Conference set 7/17/19 is vacated and continued pending further order. A telephonic (non-appearance) setting conference is set for 6/25/2019 at 11:30 AM to reset this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 necessary to facilitate the setting conference. By Judge Robert E. Blackburn on 6/21/19. Text Only Entry (rebsec) (Entered: 06/21/2019) |
| 06/25/2019 | 62 | MINUTE ORDER by Judge Robert E. Blackburn on 6/25/19 as to Lawrence Martin Birk. After conferring with counsel, and by agreement of all, the Trial Preparation Conference is reset for 7/11/2019 at 10:30 AM in Courtroom A1001 before Judge |

| | | |
|---|---|---|
| | | Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 06/25/2019) |
| 06/26/2019 | 63 | NOTICE of Intent to Use Evidence by USA as to Lawrence Martin Birk (Hadden, Elizabeth) (Entered: 06/26/2019) |
| 07/10/2019 | 64 | Proposed Jury Instructions *Stipulated Jury Instructions* by USA as to Lawrence Martin Birk (Magnani, Christopher) (Entered: 07/10/2019) |
| 07/10/2019 | 65 | EXHIBIT LIST by USA as to Lawrence Martin Birk (Hadden, Elizabeth) (Entered: 07/10/2019) |
| 07/10/2019 | 66 | Proposed Verdict Form as to Lawrence Martin Birk (Magnani, Christopher) (Entered: 07/10/2019) |
| 07/11/2019 | 67 | Proposed Voir Dire by USA as to Lawrence Martin Birk (Magnani, Christopher) (Entered: 07/11/2019) |
| 07/11/2019 | 68 | Proposed Jury Instructions by Lawrence Martin Birk (Attachments: # 1 Proposed Document)(Harris, Edward) (Entered: 07/11/2019) |
| 07/11/2019 | 69 | EXHIBIT LIST by Lawrence Martin Birk (Harris, Edward) (Entered: 07/11/2019) |
| 07/11/2019 | 70 | COURTROOM MINUTES for Trial Preparation Conference as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 7/11/2019. Court Reporter: Terri Lindblom. (lrobe) (Entered: 07/11/2019) |
| 07/15/2019 | 71 | NOTICE of Intent to Use Evidence by Lawrence Martin Birk (Harris, Edward) (Entered: 07/15/2019) |
| 07/15/2019 | 72 | Proposed Voir Dire by Lawrence Martin Birk (Beck, Jennifer) (Entered: 07/15/2019) |
| 07/15/2019 | 73 | Proposed Jury Instructions by Lawrence Martin Birk (Attachments: # 1 Proposed Document)(Harris, Edward) (Entered: 07/15/2019) |
| 07/15/2019 | 74 | TRIAL MEMORANDUM by USA as to Lawrence Martin Birk (Magnani, Christopher) (Entered: 07/15/2019) |
| 07/15/2019 | 75 | MEMORANDUM in Opposition by USA as to Lawrence Martin Birk re 68 Proposed Jury Instructions *United States' Memorandum in Opposition to Defendant's Proposed Jury Instruction* (Magnani, Christopher) (Entered: 07/15/2019) |
| 07/16/2019 | 76 | EXHIBIT LIST *Amended* by Lawrence Martin Birk (Harris, Edward) (Entered: 07/16/2019) |
| 07/16/2019 | 77 | ORDER APPROVING JUROR QUESTIONNAIRE as to Lawrence Martin Birk. By Judge Robert E. Blackburn on 07/16/2019. (Attachments: # 1 Juror Questionnaire) (athom, ) (Entered: 07/16/2019) |
| 07/16/2019 | 78 | ORDER PRESCRIBING JURY SELECTION PROTOCOL as to Lawrence Martin Birk. By Judge Robert E. Blackburn on 07/16/2019. (Attachments: # 1 Jury Selection Protocol) (athom, ) (Entered: 07/16/2019) |
| 07/16/2019 | 79 | REPLY by Lawrence Martin Birk to 75 Memorandum in Opposition (Harris, Edward) (Entered: 07/16/2019) |
| 07/18/2019 | 80 | TRANSCRIPT of Trial Preparation Conference as to Lawrence Martin Birk held on 7/11/2019 before Judge Blackburn. Pages: 1–21. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER.** (tlind, ) (Entered: 07/18/2019) |
| 07/22/2019 | 82 | COURTROOM MINUTES for Jury Trial – Day 1 as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 7/22/2019. Jury selection. Evidence entered. Trial continued. Defendant continued on bond. Court Reporter: Terri Lindblom. |

| | | |
|---|---|---|
| | | (lrobe) (Entered: 07/23/2019) |
| 07/22/2019 | 83 | STIPULATION AND ORDER Governing the Custody and Disposition of Trial Exhibits, Transcripts, and Papers as to Lawrence Martin Birk. Entered by Judge Robert E. Blackburn on 7/22/2019. (lrobe) (Entered: 07/24/2019) |
| 07/23/2019 | 81 | EXHIBIT LIST − *Amended Defendant's Exhibit List* by Lawrence Martin Birk (Harris, Edward) (Entered: 07/23/2019) |
| 07/23/2019 | 84 | COURTROOM MINUTES for Jury Trial − Day 2 as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 7/23/2019. Evidence entered. Trial continued. Defendant continued on bond. Court Reporter: Terri Lindblom. (lrobe) (Entered: 07/24/2019) |
| 07/24/2019 | 85 | Proposed Jury Instructions *United States' Proposed Jury Instructions* by USA as to Lawrence Martin Birk (Magnani, Christopher) (Entered: 07/24/2019) |
| 07/24/2019 | 86 | Opposition by Lawrence Martin Birk re 85 Proposed Jury Instructions (Harris, Edward) (Entered: 07/24/2019) |
| 07/24/2019 | 88 | COURTROOM MINUTES for Jury Trial − Day 3 as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 7/24/2019. Evidence entered. Trial continued. Defendant continued on bond. Court Reporter: Terri Lindblom. (lrobe) (Entered: 07/25/2019) |
| 07/25/2019 | 87 | RESTRICTED DOCUMENT − Level 1: by Lawrence Martin Birk. (Harris, Edward) (Entered: 07/25/2019) |
| 07/25/2019 | 89 | COURTROOM MINUTES for Jury Trial − Day 4 as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 7/25/2019. Jury Verdict: Guilty on Count 1. Trial concluded. Court Reporter: Terri Lindblom. (lrobe) (Entered: 07/25/2019) |
| 07/25/2019 | 90 | Jury Verdict Un−Redacted − Level 4 − Viewable by Court Only (lrobe) (Entered: 07/25/2019) |
| 07/25/2019 | 91 | JURY VERDICT as to Lawrence Martin Birk. (lrobe) (Entered: 07/25/2019) |
| 07/25/2019 | 92 | Jury Note as to Lawrence Martin Birk. (lrobe) (Entered: 07/25/2019) |
| 07/25/2019 | 93 | Jury Instructions as to Lawrence Martin Birk. (lrobe) (Entered: 07/25/2019) |
| 08/08/2019 | 94 | ORDER TO SHOW CAUSE as to Lawrence Martin Birk. On or before 8/29/2019, defendant, Lawrence Martin Birk, shall show cause in writing why he should be allowed to proceed in forma pauperis and to continue to be represented by the office of the Federal Public Defender for the District of Colorado. By Judge Robert E. Blackburn on 08/08/2019. (athom, ) (Entered: 08/08/2019) |
| 08/23/2019 | 95 | SENTENCING STATEMENT *United States' Sentencing Statement* by USA as to Lawrence Martin Birk (Attachments: # 1 Exhibit A − Transcript of Defendant's Trial Testimony)(Magnani, Christopher) (Entered: 08/23/2019) |
| 08/29/2019 | 96 | MOTION for Leave to Restrict by Lawrence Martin Birk. (Harris, Edward) (Entered: 08/29/2019) |
| 08/29/2019 | 97 | RESTRICTED DOCUMENT − Level 3: by Lawrence Martin Birk. (Harris, Edward) (Entered: 08/29/2019) |
| 08/29/2019 | 98 | RESTRICTED DOCUMENT − Level 3: by Lawrence Martin Birk. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(Harris, Edward) (Entered: 08/29/2019) |
| 08/29/2019 | 99 | REPLY by Lawrence Martin Birk to 95 Sentencing Statement − *Defendant's Reply To United States' Sentencing Statement* (Harris, Edward) (Entered: 08/29/2019) |
| 09/12/2019 | 100 | ORDER by Judge Robert E. Blackburn on 9/12/2019 as to Lawrence Martin Birk, re: 98 Restricted Document − Level 3 filed by Lawrence Martin Birk. **ORDERED** that the Order To Show Cause [#94], filed August 8,2019, is **DISCHARGED**. (sphil, ) (Entered: 09/12/2019) |

| Date | # | Description |
|---|---|---|
| 09/25/2019 | 101 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Lawrence Martin Birk (Attachments: # 1 Exhibit A)(ntaka) (Entered: 09/25/2019) |
| 10/03/2019 | 102 | OBJECTION/RESPONSE to Presentence Report 101 by Lawrence Martin Birk (Harris, Edward) (Entered: 10/03/2019) |
| 10/03/2019 | 103 | SENTENCING STATEMENT *AND MOTION FOR NON-GUIDELINE SENTENCE OF PROBATION* by Lawrence Martin Birk (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Harris, Edward) (Entered: 10/03/2019) |
| 10/18/2019 | 104 | RESTRICTED PRESENTENCE REPORT as to Lawrence Martin Birk (Attachments: # 1 Exhibit A)(ntaka) (Entered: 10/18/2019) |
| 10/18/2019 | 105 | RESTRICTED ADDENDUM to Presentence Report 104 as to Lawrence Martin Birk (ntaka) (Entered: 10/18/2019) |
| 10/21/2019 | 106 | RESTRICTED SECOND ADDENDUM to Presentence Report 104 as to Lawrence Martin Birk (Attachments: # 1 Exhibit A)(ntaka) (Entered: 10/21/2019) |
| 10/23/2019 | 107 | SENTENCING STATEMENT *United States' Sentencing Recommendation and Response to Defendant's Objections to the Presentence Report Guidelines Calculation and Motion for Non-Guideline Sentence* by USA as to Lawrence Martin Birk (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Magnani, Christopher) (Entered: 10/23/2019) |
| 10/30/2019 | 109 | COURTROOM MINUTES for Sentencing Hearing as to Lawrence Martin Birk held before Judge Robert E. Blackburn on 10/30/2019. Defendant sentenced as reflected on the record. Court Reporter: Julie Thomas. (lrobe) (Entered: 10/31/2019) |
| 10/31/2019 | 108 | TRANSCRIPT of SENTENCING as to Lawrence Martin Birk held on 10/30/19 before Judge Blackburn. Pages: 1-44. <br><br> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Thomas, Julie) (Entered: 10/31/2019) |
| 10/31/2019 | 110 | JUDGMENT as to defendant Lawrence Martin Birk. Count 1: Imprisonment for a term of 60 months. Supervised release for a term of three years. Special assessment in the amount of $100. Restitution in the amount of $1,858,826.26. Entered by Judge Robert E. Blackburn on 10/31/2019. (lrobe) (Entered: 10/31/2019) |
| 10/31/2019 | 111 | STATEMENT OF REASONS as to Lawrence Martin Birk. (lrobe) (Entered: 10/31/2019) |
| 11/01/2019 | 112 | NOTICE OF APPEAL as to 110 Judgment, by Lawrence Martin Birk. (Harris, Edward) (Entered: 11/01/2019) |
| 11/04/2019 | 113 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 112 Notice of Appeal as to Lawrence Martin Birk to the U.S. Court of Appeals. (FPD,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 11/04/2019) |
| 11/04/2019 | 114 | USCA Case Number 19-1422 as to Lawrence Martin Birk for 112 Notice of Appeal filed by Lawrence Martin Birk. (athom, ) (Entered: 11/04/2019) |
| 11/08/2019 | 115 | ORDER to Surrender as to Lawrence Martin Birk; Defendant to surrender to FCI Florence Satellite Prison Camp, 5880 Hwy 67 South, Florence, CO 81226 on 11/21/2019, by 12:00 p.m. and will travel at his own expense. By Judge Robert E. Blackburn on 11/08/2019. (athom, ) (Entered: 11/08/2019) |