# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS   ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 18-cr-00359-REB
4. Appeals Docket #: 19-1422
5. For (District/Circuit): Colorado
6. In The Case Of US v. Birk
7. Person Represented: Lawrence Martin Birk
8. Location/Organization Code: COXDE
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): Complete transcript of Trial Preparation Conference (Docket 80). Complete 4-Jury Trial transcript (Docket #'s 82, 84, 88 & 89, including opening statements, instruction conference, jury instructions, and closing arguments. Complete transcript of Sentencing held 10/30/2019 (Docket 108).
11. Special Needs (Check One If Applicable):

☒ Ordinary: $3.65/page (within 30 days)   ☐ 14-day: $4.25/page (within 14 days)   ☐ Expedite: $4.85/page (within 7 days)   ☐ 3-Day: $5.45/page (within 3 days)   ☐ Daily: $6.05/page (next day)   ☐ Hourly: $7.25/page (same day)

12. I REQUIRE (CHECK ONE):   ☐ PAPER COPY   ☒ DIGITAL COPY

13. _____[signature]_____   11/18/2019
    Grant R. Smith, AFPD           Date

    REQUEST APPROVED: _____[signature]_____   11/18/19

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☒ OFFICIAL   ☐ CONTRACT   ☐ TRANSCRIBER   ☐ OTHER: _____
15. Full Name Of Payee: Terri Lindblom
16. Remit To: Terri Lindblom
17. Telephone Number: (303) 335-2105

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (itemize): | | | | | | $ |
| | | | | | 19. Total claimed | $ |

20. Certification of Attorney

_____   _____
Signature of Attorney         Date