IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:18-cr-00359-REB-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAWRENCE MARTIN BIRK

        Defendant.

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

      IT IS ORDERED that Defendant, LAWRENCE MARTIN BIRK, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, FCI Florence Satellite Prison Camp, 5880 Hwy 67 South, Florence, Colorado 81226, on November 21, 2019, by 12:00 p.m. (noon)(MST), and shall travel at his own expense.

      DATED this 8th day of November, 2019, at Denver, Colorado.

BY THE COURT:

*[signature: Bob Blackburn]*

ROBERT E. BLACKBURN
Senior United States District Judge