## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**RICHARD MILDENBERGER**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at *www.flnd.uscourts.gov*

Reply to: Tallahassee Division

February 3, 2020

United States District Court
Office of the Clerk
901 19th Street
Denver, CO 80294

Dear Clerk,

Enclosed you will find the original paperwork from the First Appearance and Removal Hearing of your case 1:18cr359-REB and NDFL case 4:20mj12-CAS.

Sincerely,

JESSICA J. LYUBLANOVITS,
Clerk of Court

By: _s/Angela M. Maxwell_
   Deputy Clerk

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | One North Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

# U.S. District Court
# Northern District of Florida (Tallahassee)
# CRIMINAL DOCKET FOR CASE #: 4:20-mj-00012-CAS All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. BIRK | Date Filed: 01/30/2020 |
| Other court case number: 1:18cr359-REB District of Colorado | |

Assigned to: MAGISTRATE JUDGE CHARLES A STAMPELOS

**Defendant (1)**

| | | |
|---|---|---|
| LAWRENCE MARTIN BIRK | represented by | RICHARD MICHAEL SUMMA<br>FEDERAL PUBLIC DEFENDER OFFICE - TALLAHASSEE FL<br>227 N BRONOUGH ST - STE 4200<br>TALLAHASSEE, FL 32301<br>850-942-8818<br>Fax: 850-942-8809<br>Email: richard_summa@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**                                                  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                      **Disposition**
26:7201.F

**Plaintiff**

| USA | represented by | **ANDREW JABUS GROGAN**<br>US ATTORNEY - TALLAHASSEE FL<br>NORTHERN DISTRICT OF FLORIDA<br>111 N ADAMS ST<br>4TH FL<br>TALLAHASSEE, FL 32301<br>Email: andrew.grogan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2020 |  | Arrest (Rule 40) of LAWRENCE MARTIN BIRK (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 1 | Copy of Government's Motion for Arrest Warrant and Revocation of Defendant's Order of Release Pursuant to 18 USC § 3146 as to LAWRENCE MARTIN BIRK (Attachments: # 1 Arrest Warrant) (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 2 | Minute Entry for proceedings held before MAGISTRATE JUDGE CHARLES A STAMPELOS:Initial Appearance in Rule 5(c)(3) Proceedings as to LAWRENCE MARTIN BIRK held on 1/30/2020 (Court Reporter DCR TLH.) (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 🔒 3 | CJA 23 Financial Affidavit by LAWRENCE MARTIN BIRK (PDF sealed per Privacy Policy) (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to LAWRENCE MARTIN BIRK. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 1/30/2020. (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 5 | ORAL MOTION FOR DETENTION by USA as to LAWRENCE MARTIN BIRK. (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 6 | ORDER OF TEMPORARY DETENTION and REMOVAL as to LAWRENCE MARTIN BIRK (1). Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 1/30/2020. (amm) (Entered: 02/03/2020) |
| 01/30/2020 | 7 | COMMITMENT TO ANOTHER DISTRICT as to LAWRENCE MARTIN BIRK. Defendant committed to District of Colorado. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 1/30/2020. (amm) (Entered: 02/03/2020) |

Case No. 1:18-cr-00359-REB   Document 137   filed 02/07/20   USDC Colorado   pg 4 of 14

Case 1:18-cr-00359-REB   Document 119   Filed 11/22/19   USDC Colorado   Page 1 of 3
Case 4:20-mj-00012-CAS   Document 1   Filed 01/30/20   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

---

**GOVERNMENT'S MOTION FOR ARREST WARRANT AND REVOCATION OF DEFENDANT'S ORDER OF RELEASE PURSUANT TO 18 U.S.C. § 3146**

---

The United States of America, by the Principal Deputy Assistant Attorney General, U.S. Department of Justice, Tax Division, Richard E. Zuckerman, through Assistant Chief Elizabeth C. Hadden and Trial Attorney Christopher Magnani, hereby moves the Court, pursuant to 18 U.S.C. § 3148, to (1) issue a warrant for the defendant's arrest and (2) hold a hearing to determine whether the defendant's order of release should be revoked.

1. On July 25, 2019, a jury found the defendant Lawrence M. Birk guilty of one count of evasion.

2. On July 25, 2019, the Court ordered that defendant shall be continued on bond with added special conditions that the defendant inventory and identify with specificity the make, model, caliber, or gauge of any firearm which he owns and which is in his possession, and shall file this inventory list in this case. Additionally, the court

Case No. 1:18-cr-00359-REB   Document 137   filed 02/07/20   USDC Colorado   pg 5 of 14

Case 1:18-cr-00359-REB   Document 119   Filed 11/22/19   USDC Colorado   Page 2 of 3
Case 4:20-mj-00012-CAS   Document 1   Filed 01/30/20   Page 2 of 4

ordered that the defendant shall within 24 hours surrender the firearms to the United States Marshall for the District of Colorado or his designee. See Doc. No. 89.

3. On October 30, 2019, defendant was committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months. The Court also ordered that the defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days of the designation. See Doc. No. 109.

4. On November 8, 2019, defendant was notified by Ryan Kinsella, Sr. U.S. Probation officer, of the details of defendant's surrender by both telephone and by mail. The order is attached as Exhibit 1. The defendant did not answer the telephone call but Mr. Kinsella left a voicemail informing the defendant of the information on the surrender order.

5. On November 21, 2019, defendant was to voluntarily surrender to SCP/FLF Florence.

6. On November 21, 2019, Mary Wallen Herndon, U.S. Marshals Service, informed Mr. Kinsella that defendant had not yet been processed into SCP/FLF Florence.

7. On November 22, 2019, Mr. Kinsella informed the government that defendant had not reported to SCP/FLF Florence.

8. On November 22, 219, defendant's defense counsel were informed by the government that the defendant had not voluntarily reported.

9. As of the writing of this motion, defendant has not reported to SCP/FLF Florence.

10. Pursuant to 18 U.S.C. § 3148 the government requests that the Court issue a

Case No. 1:18-cr-00359-REB   Document 137   filed 02/07/20   USDC Colorado   pg 6 of 14

Case 1:18-cr-00359-REB   Document 119   Filed 11/22/19   USDC Colorado   Page 3 of 3
Case 4:20-mj-00012-CAS   Document 1   Filed 01/30/20   Page 3 of 4

warrant for defendant's arrest and order a hearing to determine if the order of release should be revoked. Pursuant to 18 U.S.C. § 3148(a) person who has been released under 18 U.S.C. § 3142 of this title, and who has violated a condition of his release, is subject to a revocation of release, an order of detention, and a prosecution for contempt of court. Additionally, 18 U.S.C. § 3148 states that if the Court finds clear and convincing evidence that the person has violated any other condition of release the Court may revoke defendant's release.

11. Wherefore, pursuant to 18 U.S.C. § 3148(b), the government respectfully requests that a warrant be issued for the arrest of the defendant for violation of the conditions of his release and a hearing be ordered to determine if the defendant's release should be revoked.

Respectfully submitted this 22nd day of November, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: /s/ *Elizabeth C. Hadden*

ELIZABETH C. HADDEN
Assistant Chief
CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, NE
Washington, DC 20002
Tel: (202) 514-5189
Fax: (202) 514-9623
elizabeth.c.hadden@usdoj.gov
christopher.magnani@usdoj.gov

Attorneys for the United States

Case No. 1:18-cr-00359-REB   Document 137   filed 02/07/20   USDC Colorado   pg 7 of 14

Case 1:18-cr-00359-REB   Document 115   Filed 11/08/19   USDC Colorado   Page 1 of 1
Case 4:20-mj-00012-CAS   Document 1   Filed 01/30/20   Page 4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:18-cr-00359-REB-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAWRENCE MARTIN BIRK

        Defendant.

---

### ORDER TO SURRENDER IN LIEU OF
### TRANSPORTATION BY THE UNITED STATES MARSHAL

---

       IT IS ORDERED that Defendant, LAWRENCE MARTIN BIRK, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, FCI Florence Satellite Prison Camp, 5880 Hwy 67 South, Florence, Colorado 81226, on November 21, 2019, by 12:00 p.m. (noon)(MST), and shall travel at his own expense.

       DATED this 8th day of November, 2019, at Denver, Colorado.

                                     BY THE COURT:

                                     *[signature: Bob Blackburn]*
                                     ROBERT E. BLACKBURN
                                     Senior United States District Judge

Case No. 1:18-cr-00359-REB   Document 137   filed 02/07/20   USDC Colorado   pg 8 of 14

Case 1:18-cr-00359-REB   Document 121   Filed 11/22/19   USDC Colorado   Page 1 of 2
Case 4:20-mj-00012-CAS   Document 1-1   Filed 01/30/20   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:18-cr-359-REB |
|  | ) |
|  | ) |
| Lawrence Martin Birk | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lawrence Martin Birk

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

failure to self-report

Date:   11/22/2019                                                s/L. Roberson, Deputy Clerk
                                                                  *Issuing officer's signature*

City and state:   Denver, Colorado                               for Jeffrey P. Colwell, Clerk of Court
                                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

Case No. 1:18-cr-00359-REB   Document 137   filed 02/07/20   USDC Colorado   pg 9 of 14

Case 1:18-cr-00359-REB   Document 121   Filed 11/22/19   USDC Colorado   Page 2 of 2
Case 4:20-mj-00012-CAS   Document 1-1   Filed 01/30/20   Page 2 of 2

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON REMOVAL

Case No.   4:20mj12-CAS              Date: January 30, 2020

Docket Entry:   IA Removal - District of Colorado        1:33 - 1:40 pm

- Public Defender Appointed
- Defendant waives identity hearing and stipulates to detention, reserving right to hearing in charging district

PRESIDING: Charles A. Stampelos, United States Magistrate Judge

| Maxwell/Markley | Danielle Launi | DCR TLH | Andrew Grogan |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst US Attorney |

USA v Defendant listed below:        Attorney for Defendant:

**LAWRENCE MARTIN BIRK**            Richard Summa
X present   X custody   __O/R       X present   X appointed   __retained

- **X**   Defendant advised that he/she is before a US Magistrate Judge
- **X**   Defendant advised of charges, penalties and fines
- **X**   Defendant advised of right to remain silent and consult with an attorney before making any statement
- **X**   Defendant advised of his right to hire counsel
- **X**   Defendant executes a CJA Form 23 and swears that it is accurate
- **X**   Order appointing Public Defender entered for these proceedings
- ___   Deft waived counsel to be present at hearing
- ___   Defendant retained his/her own counsel: _____
- ___   Advised of right to a preliminary hearing
- ___   Preliminary hearing scheduled for _____
- ___   Preliminary hearing waived
- **X**   Defendant advised of his/her right to bail
- **X**   Government moves for pretrial detention
- ___   Detention hearing scheduled for _____

____  **Detention hearing held - see separate minutes**

____  **Defendant released on order**

_X_  **Defendant detained (see order)**

_X_  **Advised of right to an identity hearing**

____  **Identity hearing held**

_X_  **Identity hearing waived**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                                      **Case No. 4:20mj12-CAS**

**LAWRENCE MARTIN BIRK,**

    **Defendant.**
_____/

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Defendant has shown by sworn evidence that he qualifies for appointment of counsel. Accordingly, it is **ORDERED** that RANDOLPH P. MURRELL, Federal Public Defender, 227 N. Bronough Street, Room 4200, Tallahassee, Florida 32301, (850) 942-8818, is appointed to represent this defendant. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order. The pretrial service officer is hereby authorized to provide copies of the Defendant's criminal history to both parties.

    **DONE AND ORDERED** on January 30, 2020.

                                                  s/ Charles A. Stampelos
                                                **CHARLES A. STAMPELOS**
                                                **UNITED STATES MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.

**LAWRENCE MARTIN BIRK,**

Defendant.
_____/

Case No. 4:20mj12-CAS

Charging District Case No.
1:18cr359-REB

## ORDER OF TEMPORARY DETENTION and REMOVAL

The Government has moved for detention pending service of sentence pursuant to the 18 U.S.C. §§ 3146 and 3148. Defendant, represented by counsel, stipulated to detention but has reserved the right for a detention upon arrival in the charging district and has waived an identity hearing.

Accordingly, it is **ORDERED** that pending this hearing, the defendant shall be held in custody by the United States Marshal and shall be removed to the District of Colorado for all further proceedings.

**DONE AND ORDERED** on January 30, 2020.

                      S/   Charles A. Stampelos
                      **CHARLES A. STAMPELOS**
                      UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LAWRENCE MARTIN BIRK | ) | Case No.  4:20mj12-CAS |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No.  1:18cr359-REB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Colorado ,
(if applicable) _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   01/30/2020

*Judge's signature*

Charles A. Stampelos, United States Magistrate Judge
*Printed name and title*